# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| ex rel. Bryce Lindgren : | |
| : | |
| **Relator/Plaintiff,** : | |
| : | **Civil Action No.:** |
| : | |
| **Capstone Healthcare, LLC, et al.** : | **FILED UNDER SEAL** |
| : | |
| **Defendants.** : | |
| : | |

## CERTIFICATE OF SERVICE

Pursuant to the requirements of 31 U.S.C. §§3729 et seq., of the False Claims Act ("FCA"), the undersigned hereby affirms that the 1) FCA Complaint, 2) Civil Cover Sheet, and 3) Motion to Seal the FCA Complaint (with Memorandum and Proposed Order), was filed in the U.S. District Court for the District of Maryland on 9/28/21. Pre-filing Disclosures were sent via Fed Ex Overnight to Jonathan Lenzner, Acting U.S. Attorney for the District of Maryland and to the U.S. Attorney General, Merrick Garland on 9/24/21. Receipts Attached hereto. Post-filing disclosures and any and all related documentation will be subsequently sent to the appropriate individuals/entities within due course.

\_\_\_/s/_____
Michael Tabacco, Esq.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8127 8035 0244

Form/ID No. 0215

**1 From** Please print and press hard.
Date: 8/24/21
Sender's FedEx Account Number: SENDER'S FED 9105WT127TRNY
Sender's Name: Mr. Michael J. Faberry, Esq.
Phone: (301) 670-0016
Company: LAW OFC KENNETH HABER PC
Address: 12705 FERNBERRY LN
City: BOYDS   State: MD   ZIP: 20841-4132

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Merrick Garland, Esq., USAG
Phone: ( )
Company: U.S. Department of Justice
Address: 950 Pennsylvania Avenue, NW
City: Washington   State: DC   ZIP: 20530-0001

0127385747

**4 Express Package Service** *To most locations.
Packages up to 150 lbs.

Next Business Day
☐ FedEx First Overnight
☑ FedEx Priority Overnight
☐ FedEx Standard Overnight

2 or 3 Business Days
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500.
☑ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required
☑ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☑ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required.  ☐ Dry Ice, 9, UN1845 ___ x ___ kg
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages   Total Weight ___ lbs.   Total Declared Value $ ___ .00

611

Deliveries when and where you want.
Learn about FedEx Delivery Manager® at fedex.com/delivery

fedex.com 1.800.GoFedEx 1.800.463.3339

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx Express** Package US Airbill

FedEx Tracking Number **8127 8035 0255**

**1 From** *Please print and press hard.*
Date: 4/24/21
Sender's FedEx Account Number: SENDER'S COPY 4947127746
Sender's Name: Mr. Michael J. Tabacco, Esq.
Phone: (301) 670-0016
Company: LAW OFC KENNETH W. HABER PC
Address: 12705 FERNBERRY LN
City: BOYDS   State: MD   ZIP: 20841-4132

**2 Your Internal Billing Reference**
OPTIONAL

**3 To**
Recipient's Name: Mr. Jonathan Lenzner, Esq.
Phone: (410) 209-4800
Company: U.S. Attorney's Office
Address: 36 S. Charles St., 4th floor
Address: 
City: Baltimore   State: MD   ZIP: 71201

0127385747

**4 Express Package Service** *To most locations.*   Form ID No. **0215**
Packages up to 150 lbs.

Next Business Day:
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

2 or 3 Business Days:
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
☑ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required
☑ Direct Signature

Does this shipment contain dangerous goods?
☑ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*
☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight ___ lbs.   Total Declared Value† $____.00

611

Rev. Date 5/15 • Part #158134 • ©1994-2015 FedEx • PRINTED IN U.S.A. SRM

Leave the packing to the pros at FedEx Office.
Go to fedex.com/office

fedex.com 1.800.GoFedEx 1.800.463.3339